

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-75,374-04

### EX PARTE KENNY DALE JENKINS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 31259 IN THE 13TH DISTRICT COURT
### FROM NAVARRO COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of nine counts of aggravated sexual assault of a child and sentenced to nine life sentences, which were ordered to run consecutively. The Tenth Court of Appeals affirmed his convictions. *Jenkins v. State*, No. 10-07-00307-CR (Tex. App.—Waco Oct. 14, 2009) (not designated for publication).

Applicant alleges that new evidence shows a juror was biased and that the prosecutor committed misconduct at trial. He also alleges a due process violation due to an alleged lack of evidence proving venue. After a remand and a live hearing, the trial court concluded that the biased

juror and prosecutorial misconduct claims are without merit. The court's findings are supported by the record. Therefore, we deny relief on Applicant's biased juror and prosecutorial misconduct. Section 4 of Article 11.07 of the Code of Criminal Procedure bars consideration of the remaining claim, which is dismissed.

Filed: October 8, 2014
Do not publish